EMMET, MARVIN & MARTIN, LLP
COUNSELLORS AT LAW

EMMET 200 YEARS 1805-2005

120 Broadway
New York, New York 10271
212-238-3000

**www.emmetmarvin.com**

Paul T. Weinstein
*Partner*
Tel: 212-238-3090 • 212-653-1774
Fax: 212-238-3100 • 212-653-1760
pweinstein@emmetmarvin.com

April 6, 2020

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Niket Jain,
<u>Criminal Docket No. 19 Cr. 0059 (PKC)</u>

Dear Judge Castel:

I represent the Defendant Niket Jain (the "Defendant") in the above-referenced action (the "Action").

We write in response to the letter dated April 1, 2020 submitted to the Court by Daniel J. Fetterman, Esq., on behalf of Joseph Krigsfeld, the person identified in the Indictment as "Individual-1" and the Government's cooperating witness (the "Krigsfeld Letter"). Krigsfeld seeks to intervene in this Action to request that this Court Order that certain data produced by the Government to the Defendant be destroyed or returned. By Order dated April 6, 2020, the Court endorsed the Krigsfeld Letter to state that the application was "GRANTED to the extent that the April 1, 2020 letter by counsel for Individual-1 will be considered by the Court."

The Krigsfeld Letter makes a substantial number of arguments in addition to those previously made by the Government seeking to bar the Defendant from access to certain data, and aims to directly and negatively affect the right and ability of the Defendant to effectively prepare for trial in this matter. Thus, it is respectfully requested that the Defendant be permitted to file a response to the Krigsfeld Letter by Friday, April 10, 2020.

In addition, the new facts proffered in the Krigsfeld Letter, together with the issues presented by the Government's claw back motion, and those presented in the Defendant's Motion to Dismiss the Indictment for the deprivation of the right to counsel of choice and on Speedy Trial Act grounds, all are integrally related and concern a substantial number of the same facts and circumstances. Therefore, it is respectfully requested that, unless the Indictment is dismissed and the claw back motion denied, a single hearing be held to address all issues presented in these motions. It is further respectfully requested that the

hearing include whether the Indictment should be dismissed for a violation of due process pursuant to the Fifth Amendment.

Respectfully submitted,

/s/ Paul Weinstein

Paul Weinstein

cc: Daniel J. Fetterman, Esq. (by email)
Government Counsel (by ECF)