

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 22, 2020

**BY ECF AND EMAIL**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Niket Jain*, 19 Cr. 59 (PKC)

Dear Judge Castel:

      The Government writes in reply to its April 21, 2020, letter requesting that the Court reschedule the trial and certain pretrial deadlines in this matter, and in response to defendant's April 22 letter.

      First, the Government will produce 3500 and *Giglio* materials[1] for Individual-1 on Friday April 24, 2020, in line with the Court's prior deadline, which moots the defendant's objection on that basis.

      Second, the Government notes that the defendant does not object to the Government's request for rescheduling of motions *in limine*, proposed requests to charge, and voir dire, and to produce 3500 and *Giglio* materials for other witnesses besides Individual-1.  The Government submits that the nature of motions *in limine* may be informed by materials contained on the devices produced in late February.  *See* n.1.  The Government therefore requests that when the Court reschedules the trial date, it reschedule the deadlines for motions *in limine*, proposed requests to charge and voir dire for six weeks before that new trial date; and the 3500 and *Giglio* deadline for other witnesses to 10 days before that new trial date.

      Third, the Government respectfully requests that the Court exclude time from June 15, 2020, to the newly scheduled trial date, in the interests of justice, for the reasons stated in Chief Judge McMahon's April 20, 2020 Standing Order and the ongoing public health crises.  Speedy trial time is excluded until June 15, 2020 under the Standing Order, and should be excluded until

---

[1] As the Government relayed to the Court during the April 15, 2020, status conference, it has had difficulty reviewing the devices provided by Individual-1 in light of issues surrounding the COVID-19 pandemic.  With the exception of certain communications on Individual-1's cellular telephone (which are being reviewed by a taint AUSA for privilege), the devices have been produced to the defendant.

the newly-scheduled trial date, whenever that might be. Regardless of the defendant's invective, such an exclusion is in the interests of justice, given the COVID-19 pandemic, which has interfered with witness preparation and preparation of trial materials, among other things.

Finally, as the Government stated in its initial letter and per the Court's order, on April 24, 2020, the Government plans to submit briefing and declarations regarding the issues raised by the Court at the April 15, 2020 telephonic conference.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney

by: /s Samuel L. Raymond
Samuel L. Raymond / Tara M. La Morte
Assistant United States Attorneys
(212) 637-6519 / 1041