

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 27, 2020

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York, 10007

    Re:    <u>United States v. Niket Jain,</u> No. 19 Cr. 59 (PKC)

Dear Judge Castel:

    We write respectfully in response to the Government's letter dated May 13, 2020, Dkt. No. 114.

    As described in that letter, the Government's Investigative Team has spoken repeatedly with the Information Technology specialists regarding uploading the contents of the Devices to the Review Platform. Though IT had initially estimated that the contents would be available for review by today, given the size of the Devices and the limitations from the COVID-19 outbreak, the uploading process is still ongoing. IT now estimates that the data should be uploaded by about June 15, 2020. The Government will update the Court once the data is properly uploaded.

    The Government is happy to answer any questions the Court may have.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

    by: /s_____
    Samuel Raymond / Tara M. La Morte
    Assistant United States Attorneys
    (212) 637-6519