U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 3, 2020

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York, 10007

Re:   **United States v. Niket Jain,** No. 19 Cr. 59 (PKC)

Dear Judge Castel:

We write respectfully in connection with the Government's May 13, 2020 letter, Dkt. No. 114 ("May 13 Letter").

As the Government described in the May 13 Letter, it has engaged a Filter Team to review each of the Individual-1 Privileged Documents (as described therein), and draft a memorandum to the Court, to be submitted *ex parte*, with the following parameters:

- Describe which document(s), if any, was previously produced to the defendant in prior discovery productions;
- For each document that was not produced, determine whether it would be subject to disclosure under Rule 16 or another provision of federal law, and then write a short description of both the nature of the document and why the document would be or would not be subject to disclosure;
- Determine which document(s), if any, relate to "Exhibit D," as defined in the May 13 Letter.

As the Government updated the Court on May 27, 2020 (Dkt. No. 117) and then July 9, 2020 (Dkt. No. 118), given the size of the materials on Individual-1's Devices and the limitations from the COVID-19 outbreak, uploading the relevant materials to the proper Review Platform by Government's Information Technology took longer than expected. The material was fully uploaded and available to the Filter Team on or about June 24, 2020.

The Filter Team has been working on completing the memorandum to be submitted *ex parte* to the Court, as described in the May 13 Letter. The Filter Team has informed the Investigative Team that it plans to complete the first and third categories described in the May 13 Letter, which document(s) if any was previously produced to the defendant and which (if any)

relate to Exhibit D, by August 14, 2020.  However, given their role and ongoing need to understand the underlying investigation, as well as the fact that materials were unavailable for review until June 24, 2020, completing the second category of the memorandum are taking longer than expected.  The Investigative Team will update the Court when the Filter Team can estimate when they will be able to complete the entirety of the memorandum.

The Government is happy to answer any questions the Court may have.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: /s
Samuel Raymond / Tara M. La Morte
Assistant United States Attorneys
(212) 637-6519