

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 14, 2020

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York, 10007

Re:   United States v. Niket Jain, No. 19 Cr. 59 (PKC)

Dear Judge Castel:

We write respectfully in connection with the Government's May 13, 2020 letter, Dkt. No. 114 ("May 13 Letter") and August 3, 2020 letter, Dkt. No. 120 ("August 3 Letter").

As the Government described in the May 13 Letter and the August 3 Letter, it has engaged a Filter Team to review each of the Individual-1 Privileged Documents (as described therein), and draft a memorandum to the Court, to be submitted *ex parte*, with the following parameters:

- Describe which document(s), if any, was previously produced to the defendant in prior discovery productions;
- For each document that was not produced, determine whether it would be subject to disclosure under Rule 16 or another provision of federal law, and then write a short description of both the nature of the document and why the document would be or would not be subject to disclosure;
- Determine which document(s), if any, relate to "Exhibit D," as defined in the May 13 Letter.

In the August 3 Letter, the Government informed the Court that the Filter Team planned to complete the first and third categories described in the May 13 Letter, by today. The Filter Team informed the Investigative Team that they have completed those categories; however, the memorandum with this information needs to be reformatted to correspond to the privilege log submitted by counsel for Individual-1. The Filter Team expects to complete this reformatting soon, and will then send to the Court. The Filter Team also informed the Investigative Team that it expects to complete the memorandum, including the second category, in a few weeks.

The Government is happy to answer any questions the Court may have.

        Respectfully submitted,

        AUDREY STRAUSS
        Acting United States Attorney


   by: /s
       Samuel Raymond / Tara M. La Morte
       Assistant United States Attorneys
       (212) 637-6519