*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 18, 2020

**BY E-MAIL**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York, 10007

    Re:    <u>United States v. Niket Jain,</u> No. 19 Cr. 59 (PKC)

Dear Judge Castel:

    I write respectfully on behalf of the Filter team described in the Government's May 13, 2020 letter, Dkt. No. 114 ("May 13 Letter") and August 3, 2020 letter, Dkt. No. 120 ("August 3 Letter").

    As the Government described in the May 13 Letter and the August 3 Letter, the Filter Team has been asked to review each of the Individual-1 Privileged Documents (as described therein), and advise the Court, *ex parte*, of the following:

- Describe which document(s), if any, was previously produced to the defendant in prior discovery productions;
- For each document that was not produced, determine whether it would be subject to disclosure under Rule 16 or another provision of federal law, and then write a short description of both the nature of the document and why the document would be or would not be subject to disclosure;
- Determine which document(s), if any, relate to "Exhibit D," as defined in the May 13 Letter.

    The Filter Team has completed its initial review, which encompassed the first and third categories. With regard to the first category, in the attached exhibit, the first six columns are reproduced from the privilege log created by counsel for Individual-1; they list the files over which Individual-1 has claimed privilege as well as the bases on which privilege is claimed. The Filter Team has added a seventh column, which indicates whether the listed document was produced to the defendant during the course of the Government's other discovery productions.

    With regard to the third category, the Filter Team did not encounter any documents relating to "Exhibit D," as defined in the May 13 Letter.

The Filter Team will now begin its secondary review to address the second category: determining whether the Individual-1 Privileged Documents that have not be produced elsewhere are otherwise subject to disclosure.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: _____/s/_____
Anden Chow
Assistant United States Attorney
(212) 637-2348