**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 11, 2020

**BY E-MAIL**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York, 10007

    Re:    <u>United States v. Niket Jain,</u> No. 19 Cr. 59 (PKC)

Dear Judge Castel:

    I write respectfully on behalf of the Filter team described in the Government's May 13, 2020 letter, Dkt. No. 114 ("May 13 Letter") and August 3, 2020 letter, Dkt. No. 120 ("August 3 Letter").

    As the Government described in the May 13 Letter and the August 3 Letter, the Filter Team has been asked to review each of the Individual-1 Privileged Documents (as described therein), and advise the Court, *ex parte*, of the following:

- Describe which document(s), if any, was previously produced to the defendant in prior discovery productions;
- For each document that was not produced, determine whether it would be subject to disclosure under Rule 16 or another provision of federal law, and then write a short description of both the nature of the document and why the document would be or would not be subject to disclosure;
- Determine which document(s), if any, relate to "Exhibit D," as defined in the May 13 Letter.

    On August 17, 2020, the Filter Team advised the Court regarding the results of its initial review, which encompassed the first and third categories. The Filter Team has now completed its secondary review, which encompassed the second category: whether the Individual-1 Privileged Documents that have not be produced elsewhere are otherwise subject to disclosure.

    The results are contained in the attached exhibit, in which the first three columns are reproduced from the privilege log created by counsel for Individual-1; they list the files over which Individual-1 has claimed privilege as well as the bases on which privilege is claimed. The fourth column is from the previous exhibit the Filter Team sent to the Court; the column indicates whether the listed document was produced to the defendant during the course of the Government's other

discovery productions. The Filter Team has added two additional columns that pertain to each document that was *not* produced to the defendant during the course of the Government's other discovery productions: (1) the fifth column provides a short description of the nature of the document, and (2) the sixth column describes the Filter Team's view of whether the document—absent a claim of privilege—would be or would not be subject to disclosure in the instant criminal prosecution.[1]

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: _____/s/_____

Anden Chow
Assistant United States Attorney
(212) 637-2348

---

[1] The exhibit attached to this letter is substantially the same exhibit as the one attached to the Filter Team's prior letter. The rows are identical; however, to fit the additional information from the secondary review, the previous columns listing the author and the associated attorney have been removed in order to fit the two new columns.